Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**F I L E D**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ **AUG 07 2023** ★

LONG ISLAND OFFICE

# UNITED STATES DISTRICT COURT

for the

District of

Division

**CV23 5956**

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☒ Yes  ☐ No

JOSEPH ROMAIN
MARIE R. ROMAIN
_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

WEBSTER BANK N.A.
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

# MORRISON, J.

**LINDSAY, M.J.**

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | JOSEPH ROMAIN & MARIE R. ROMAIN |
| Street Address | 176 RUSHMORE ST. |
| City and County | WESTBURY NASSAU |
| State and Zip Code | NEW YORK 11590 |
| Telephone Number | 516 280 7663 |
| E-mail Address | JOSEPHMNG176@YAHOO.COM |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

*Pro Se 1 (Rev. 12/16) Complaint for a Civil Case*

Defendant No. 1

    Name                          WEBSTER BANK N.A.

    Job or Title *(if known)*

    Street Address               1959 SUMMER ST.

    City and County            STAMFORD

    State and Zip Code        CONNECTICUT 06905

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question               ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The plaintiff, *(name)*   JOSEPH ROMAIN                                 , is a citizen of the
   State of *(name)*   NEW YORK                              .

   b.    If the plaintiff is a corporation

   The plaintiff, *(name)*                                        , is incorporated
   under the laws of the State of *(name)*                                        ,
   and has its principal place of business in the State of *(name)*
                                        .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

   The defendant, *(name)*                                    , is a citizen of
   the State of *(name)*                                    . Or is a citizen of
   *(foreign nation)*                                    .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.     If the defendant is a corporation

The defendant, *(name)*    WEBSTER BANK N.A.                    , is incorporated under
the laws of the State of *(name)*    CONNECTICUT                    , and has its
principal place of business in the State of *(name)*    CONNECTICUT                    .
Or is incorporated under the laws of *(foreign nation)*                    ,
and has its principal place of business in *(name)*                    .

*(If more than one defendant is named in the complaint, attach an additional page providing the
same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at
stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$ 125,000,000.00 consumer harm and punitive damages.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the
facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was
involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including
the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and
write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal
arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include
the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any
punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or
punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

I am respectfully requesting the amount of $ 125,000,000.00 for the actual and punitive damages described in the summary of facts and for such other and further relief that this Court deems just and proper.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: ................................................

Signature of Plaintiff

Printed Name of Plaintiff    JOSEPH ROMAIN & MARIE R. ROMAIN

### B.    For Attorneys

Date of signing: ................................................

Signature of Attorney    ................................................
Printed Name of Attorney    ................................................
Bar Number    ................................................
Name of Law Firm    ................................................
Street Address    ................................................
State and Zip Code    ................................................
Telephone Number    ................................................
E-mail Address    ................................................

This case was brought pursuant to the Settle procedure act (RESPA). N.Y. Comp. Codes & Reg. Tit. 3 article 419.2 and Federal law 12CFR article 1024.17 (f)(2)(i) Escrow accounts against Webster Bank N.A

## Jurisdiction

1)    The jurisdiction of the Court over this controversy is based upon Tit.3 article 419.2

2)    12CFR article 1024 1024.17(f)(2)(i)

3)    Section 1001 of Title 18 of the U.S Code

4)    Title 18 U.S.C. article 287

## Venue

5)    The unlawful practices alleged below were committed within the State of New York, County of Nassau, where plaintiffs are living.

6)    At the time of the unlawful practices, Plaintiffs are a resident of Nassau County in the Eastern District of the United States District Court of New York, are living at 176 Rushmore St. Westbury, NY 11590.

7)    Webster Bank N.A., is located at 1959 Summer St. Stamford, CT 06905. This Court is hereby the proper venue under 28 U.S.C. article 1391(B)

## Parties

8)    Plaintiffs are borrowers, at all times relevant to this action, defendant is the lender of the Plaintiffs.

9)    Plaintiffs are victims of the Webster Bank.

10)    Webster Bank failed to comply with the Federal law 12CFR article 1024.17(f)(2)(i) which is mandatory to return a surplus escrow account 30 days after the day of the escrow analysis.

## Preliminary Statement

1)    We, Joseph Romain, and Marie R. Romain on April 25, 1988, bought a house at 176 Rushmore St. Westbury, NY 11590, a mortgage with Long Island Saving Bank of Centered FSB. The loan was $ 100,00.00, we started to pay the mortgage on May 1, 1988, and it should end on May 1, 2018. A few years later Long Island Saving Bank merged with Astoria Bank, and continue to merge with Dovenmuehle Mortgage, Inc., Sterling Bank, which was merged on June 1, 2022, with Webster Bank N.A. with an ending principal balance of $ 36,343.21.

2)    On December 15, 2022, Webster Bank sent us a statement analysis of escrow account indicated a projected low point of $ 376.70 and required a reserve balance of $ 1,582.51 under Webster Bank, N.A.'s policy and totaled an amount of $ 1959.21 which is a cushion, the Bank called that shortage and asked us to call customer service department at 1 866 861 8252 if we have any question. (Exhibit A)

3)    In accordance with article 1024.35 (c) contact information for borrowers to assert errors, on January 13, 2023, we called Webster Bank at the above number, and we said that, amount of shortage added to our escrow account which is $ 1959.21 is wrong, we do not have any shortage in our account during the year 2022. We requested to eliminate shortage. Instead, the bank reduced shortage to $ 375.25, on January 30, 2023. (Exhibit B)

4)    On January 30, 2023, we called again the Bank to eliminate the shortage of $ 375.25, the bank did not do anything. (Exhibit C) On February 27, 2023, we sent a certified mail number: 7018 0040 0000 7619 9840. We asked the bank to correct the problem. Otherwise, we will take legal action against Webster Bank. (Exhibit D) We reviewed the year statement escrow account, we counted that during the year 2022, we have a surplus payment of $ 181.71. In this case, we assume that since the first year of the anniversary of the mortgage in 1989, the bank accumulated a surplus on our escrow account every year until December 31, 2022. (Exhibit E)

5)    On March 21, 2023, we sent a second letter to request all the surpluses on the escrow account since the life of the loan in 1988 until December 15, 2023, the bank did not answer. (Exhibit F) On May 15, 2023, we sent a certified letter to the bank. Webster Bank answered and requested 45 days to respond (excluding legal holidays and weekends of requested. (Exhibit G)

In spike of, Webster Bank declined surplus in the responded letter we received dated July 25, 2023. (Exhibit H).

6)    Pursuant to Settle Procedure Act (RESPA), N.Y. Comp. Codes & Reg. Tit.3 article 419.2 and the federal law 12CFR article 1024.17(f)(2)(i). It is mandatory for Webster Bank to return a surplus escrow account in 30 days after the day of the escrow analysis to us. In reviewing mortgage statement 2022, we observed that there is a surplus of $ 181.00. Webster Bank added a cushion of $ 375.25 and called shortage. Instead, to return surplus and make it difficult for us to pay the mortgage due to, we are a low-income family. (Exhibit E)

7)    In accounting the mortgage interest statement year 2021, the bank paid for taxes and insurance $ 9009.28, and we paid the bank 9032.36, there is a surplus of $ 23.08. (Exhibit I)

8)    During the year 2020, the bank paid for taxes and interest $ 8256.18, we paid the bank $ 7880.80, there is a shortage of $ 375.76. (Exhibit J)

9)    In the year 2019, the bank paid $ 7797.22, we paid bank $ 8016.52, there is a surplus of $ 219.34 (Exhibit K).

10)    In the year 2018, the bank paid $ 7788.66, we paid the bank $ 7531.08, there is a shortage of $ 257.58. (Exhibit L)

11)    In the year 2017, the bank paid $ 7418.09, we paid the bank $ 8019.34, there is a surplus of $ 601.25. (Exhibit M)

12)    In the year 2016, the bank paid $ 8402.69, we paid the bank $ 9162.66, there is a surplus of $ 759.97. (Exhibit N)

13)    In year 2015, the bank paid $ 9168.93, we paid the bank $ 9445.02, there is a surplus of $ 276.09 and so on for life of mortgage. (Exhibit O)

14)    During the life of the mortgage to the causes of action, the bank added excessive cushions to the escrow which is hard to pay the monthly payment. Therefore, in the year 2010, we were in difficulty paying the mortgage on time. We could not pay for 2 months and were under the obligation to request a loan modification which was completed during the year 2012. That was damaged our credit history. We could not refinance the house; we could not decrease our mortgage. (Exhibit P)

15)    During all relevant times as for and regarding the cause of actions Webster Bank violated and made false statements under article (18U.S.C.) and article 1001 for the United States federal law which generally prohibits:

   a)    falsifies, conceals, or cover up by any trick, scheme, or device a material fact

   b)    makes any materially false, fictitious, or fraudulent statement or representation; or

   c)    makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry shall be fined under this title, imprisoned not more than 5 years or as the Court in Brogan v. United States.

16)    During all relevant of the life of the mortgage regarding the cause of actions, Defendant made a false statement under 18 U.S.C. article 287.

   a)    presented a false, fictitious escrow account analysis in writing that there is a shortage in the mortgage during the year 2022.

   b)    knew such claim was false, fictious, or fraudulent; and

   c)    did so with the specific intent to violate the law or with a consciousness that what he was doing was wrong. Several notable people have been convicted under the section, including Martha Stewart, Rod Blagojevich, Scooter Libby, Bernard Madoff and Jeffrey Skilling.

17)    In regard cause of actions, we lost a lot of money and we have been in difficulty living a normal life. We were living with stress and all kinds of problems. We could not pay our credit card bills. We have judgement against us, to pay for the debt. I, Joseph Romain, have been sick, I could not give production, and lost my job to become disable during the year 2010. (Exhibit Q)

18)    According to N.Y Comp. Codes R. & 12 CFR article 1024.17(f) escrow account federal law (RESPA). Servicer must perform an escrow account analysis once a year and notify the borrower of any shortage, or surplus. If the surplus is greater than $ 50.00, it is mandatory to refund a surplus escrow account 30 days of the analysis to the borrower. Article 1024.17(f)(2)(i) Webster Bank has violated RESPA, and engaged in serious misconduct such as an extortion which is a wrongful doing, taking surplus money in the escrow account during the life of the mortgage, does not return the surplus, improperly, double collection escrow payment even though they shouldn't be.

19)    This is a breach of fiduciary and fraud case, The bank created a false statement that wrote that there is a shortage rather than creating a cushion during the year 2022, we paid an escrow account of $ 9429.52 to Webster Bank N.A. and the bank paid $ 9247.71, as escrow, a surplus of $ 181.71 is existing in the account.

20)    Webster Bank did not notify us of the surplus 30 days after the escrow account analysis. We have the right to demand that Webster Bank obeys the law. Plaintiffs are respectfully requested the amount of $ 125,000,000.00 for the actual and punitive damages described in the summary of facts and for such further relief that this Court deems just and proper.

Respectfully submitted,

Marie R. Romain

Joseph Romain

Prose

**Webster Bank N.A.**

**1959 Summer St. Stamford, CT 06905**

**Date signing:**

# Exhibits



**WebsterBank**

| ANTICIPATED ESCROW ACCOUNT DISBURSEMENTS | |
|---|---|
| TAXES | $5,936.14 |
| TAXES | $2,184.92 |
| HAZARD INS | $1,374.00 |

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT**
**AND CHANGE OF PAYMENT NOTICE PREPARED FOR:**

Loan Number: 5047729099

STATEMENT RELEASE DATE:    12/15/2022

**NEW MONTHLY PAYMENT IS AS FOLLOWS:**

* 2085256 000002403 2012   P2

JOSEPH   ROMAIN                                    2403
MARIE  R DEMOSTHENE
176  RUSHMORE  ST
WESTBURY  NY  11590-3821

| | |
|---|---|
| Principal and Interest | $393.35 |
| Required Escrow Payment | $791.26 |
| Shortage/Surplus Spread | $163.27 |
| Buydown or Assistance Payments | $.00 |
| Other | $.00 |
| | $.00 |

| | |
|---|---|
| **TOTAL MONTHLY PAYMENT** | **$1,347.88** |
| **NEW PAYMENT EFFECTIVE DATE:** | **02/01/23** |

Webster Bank, N.A. has completed an analysis of your escrow account, and has adjusted your mortgage payment to reflect changes in your real estate taxes or property insurance.  The escrow items to be disbursed from your account are itemized below.  If you have questions regarding this analysis, please write our Customer Service Department at Webster Bank, N.A., P.O. Box 30, Waterbury, CT  06720-0030, or call  1-866-861-8252.

*Call on 1/13/2023*

## ANNUAL ESCROW ACCOUNT PROJECTION FOR THE COMING YEAR

This is an estimate of activity in your escrow account during the coming year, based on payments anticipated to be made from your account.

| MONTH | PAYMENTS TO ESCROW ACCOUNT | MIP/PMI | TAXES | FLOOD | HAZ. INS. | SPECIAL | PROJECTED | REQUIRED |
|---|---|---|---|---|---|---|---|---|
| INITIAL DEPOSIT | | | | | | | $904.56 | $2863.77 |
| FEB | $791.26 | | | | | | $1695.82 | $3655.03 |
| MAR | $791.26 | | | | | | $2487.08 | $4446.29 |
| APR | $791.26 | | $2968.07 | | | | $310.27 | $2269.48 |
| MAY | $791.26 | | | | | | $1101.53 | $3060.74 |
| JUN | $791.26 | | | | | | $1892.79 | $3852.00 |
| JUL | $791.26 | | $1092.46 | | | | $1591.59 | $3550.80 |
| AUG | $791.26 | | | | | | $2382.85 | $4342.06 |
| SEP | $791.26 | | | | | | $3174.11 | $5133.32 |
| OCT | $791.26 | | $2968.07 | | $1,374.00 | | $376.70- | $1582.51 * |
| NOV | $791.26 | | | | | | $414.56 | $2373.77 |
| DEC | $791.26 | | | | | | $1205.82 | $3165.03 |
| JAN | $791.26 | | $1092.46 | | | | $904.62 | $2863.83 |

*Indicates a projected low point of $376.70-.  Your required reserve balance is $1,582.51 based on Webster Bank, N.A.'s policy allowable under your mortgage contract, state or federal regulations.  The difference between the projected low point and the required reserve balance is $1959.21.  This is your shortage which has been prorated, added to your monthly payment and will be collected from you over a 12 month period.

Bankruptcy Notice:  If you are in bankruptcy or received a bankruptcy discharge of debt, this communication is not an attempt to collect a debt against you personally, but strictly for informational purposes only.

Please keep this statement for comparison with the actual activity in your account at the end of the next escrow accounting computation year.

 **WebsterBank·**    ESCROW  SHORTAGE  REPAYMENT  FORM

Loan  Number:  5047729099                                    Name:  JOSEPH  ROMAIN
Shortage:      $1,959.21-

Your  escrow  shortage  has  been  spread  over  a  12  month  period  resulting  in  an  increase  to  your  monthly  payment.  If  you
choose  to  pay  your  escrow  shortage  amount  in  a  lump  sum,  please  mail  this  coupon  with  your  remittance  to  the
following    address.

                    Webster  Bank,  N.A.
                    Attn:  Escrow  Department
                    PO  Box  30  NB  280
                    Waterbury,   CT  06720-0030

Your  payment  will  be  reduced  by  the  prorated  monthly/biweekly    shortage.  Please  reference  your  loan  number  on
your  check.

B

You are looking at information for

# Call History

## Select Call History View

Date Range ⌄

Begins        Ends

### Call History Details
From Jan 10, 2023 to Feb 8, 2023
Total Number of Minutes: 1005:02
Total Number of Calls: 457

| | | | |
|---|---|---|---|
| 365 | 01/13/2023 12:45 PM | Missed | Private |
| 366 | 01/13/2023 12:42 PM | Outbound | 611 |
| 367 | 01/13/2023 11:57 AM | Outbound | (866) 861-8252 |
| 368 | 01/13/2023 10:40 AM | Missed | (860) 612-5954 |
| 369 | 01/13/2023 10:27 AM | Outbound | (866) 861-8252 |
| 370 | 01/13/2023 10:07 AM | Outbound | (866) 861-8252 |

# WebsterBank

**ANTICIPATED ESCROW ACCOUNT DISBURSEMENTS**

| | |
|---|---|
| TAXES | $5,936.14 |
| TAXES | $2,184.92 |
| HAZARD INS | $1,374.00 |

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
AND CHANGE OF PAYMENT NOTICE PREPARED FOR:**

Loan Number: 5047729099

STATEMENT RELEASE DATE:    01/13/2023

**NEW MONTHLY PAYMENT IS AS FOLLOWS:**

* 2084621 000000002 2012   P2

JOSEPH   ROMAIN
MARIE   R DEMOSTHENE
176  RUSHMORE   ST
WESTBURY   NY   11590-3821

| | |
|---|---|
| Principal and Interest | $393.35 |
| Required Escrow Payment | $791.26 |
| Shortage/Surplus Spread | $31.27 |
| Buydown or Assistance Payments | $.00 |
| Other | $.00 |
| | $.00 |
| **TOTAL MONTHLY PAYMENT** | **$1,215.88** |
| **NEW PAYMENT EFFECTIVE DATE:** | **02/01/23** |

Webster Bank, N.A. has completed an analysis of your escrow account, and has adjusted your mortgage payment to reflect changes in your real estate taxes or property insurance. The escrow items to be disbursed from your account are itemized below. If you have questions regarding this analysis, please write our Customer Service Department at Webster Bank, N.A., P.O. Box 30, Waterbury, CT 06720-0030, or call 1-866-861-8252.

### ANNUAL ESCROW ACCOUNT PROJECTION FOR THE COMING YEAR

This is an estimate of activity in your escrow account during the coming year, based on payments anticipated to be made from your account.



| MONTH | PAYMENTS TO ESCROW ACCOUNT | PAYMENTS FROM ESCROW ACCOUNT | | | | ESCROW ACCOUNT BALANCE | |
|---|---|---|---|---|---|---|---|
| | | MIP/PMI | TAXES | FLOOD | HAZ. INS. | SPECIAL | PROJECTED | REQUIRED |
| INITIAL DEPOSIT | | | | | | | $906.01 | $1281.26 |
| FEB | $791.26 | | | | | | $1697.27 | $2072.52 |
| MAR | $791.26 | | | | | | $2488.53 | $2863.78 |
| APR | $791.26 | | $2968.07 | | | | $311.72 | $686.97 |
| MAY | $791.26 | | | | | | $1102.98 | $1478.23 |
| JUN | $791.26 | | | | | | $1894.24 | $2269.49 |
| JUL | $791.26 | | $1092.46 | | | | $1593.04 | $1968.29 |
| AUG | $791.26 | | | | | | $2384.30 | $2759.55 |
| SEP | $791.26 | | | | | | $3175.56 | $3550.81 |
| OCT | $791.26 | | $2968.07 | | $1,374.00 | | $375.25- | $0.00 * |
| NOV | $791.26 | | | | | | $416.01 | $791.26 |
| DEC | $791.26 | | | | | | $1207.27 | $1582.52 |
| JAN | $791.26 | | $1092.46 | | | | $906.07 | $1281.32 |

*Indicates   a   projected   low   point   of     $375.25-.    Your   required   reserve   balance   is     $.00  based   on   Webster   Bank,   N.A.'s  policy   allowable   under   your   mortgage   contract,   state   or   federal   regulations.     The   difference   between   the   projected  low   point   and   the   required   reserve   balance   is   $375.25.     This   is   your   shortage   which   has   been   prorated,   added   to  your   monthly   payment   and   will   be   collected   from   you   over   a   12   month   period.

Bankruptcy   Notice:   If   you   are   in   bankruptcy   or   received   a   bankruptcy   discharge   of   debt,   this   communication   is   not   an   attempt  to   collect   a   debt   against   you   personally,   but   strictly   for   informational   purposes   only.

Please keep this statement for comparison with the actual activity in your account at the end of the next escrow accounting computation year.





**Webster**Bank·    ESCROW  SHORTAGE  REPAYMENT  FORM

Loan  Number:  5047729099                                          Name:  JOSEPH  ROMAIN
Shortage:          $375.25-

Your  escrow  shortage  has  been  spread  over  a  12  month  period  resulting  in  an  increase  to  your  monthly  payment.  If  you
choose  to  pay  your  escrow  shortage  amount  in  a  lump  sum,  please  mail  this  coupon  with  your  remittance  to  the
following    address.

                                  Webster  Bank,  N.A.
                                  Attn:  Escrow  Department
                                  PO  Box  30  NB  280
                                  Waterbury,   CT  06720-0030

Your  payment  will  be  reduced  by  the  prorated  monthly/biweekly    shortage.  Please  reference   your  loan  number  on
your  check.

You are looking at information for ph

# Call History

Select Call History View

Date Range ⌄

Begins          Ends

**Call History Details**
From Jan 9, 2023 to Feb 8, 2023
Total Number of Minutes: 1014:16
Total Number of Calls: 494

| | | | | |
|---|---|---|---|---|
| 112 | 01/30/2023 06:55 PM | Inbound | Private |
| 113 | 01/30/2023 06:10 PM | Inbound | Private |
| 114 | 01/30/2023 06:10 PM | Missed | Private |
| 115 | 01/30/2023 05:48 PM | Inbound | (516) 260-0810 |
| 116 | 01/30/2023 12:50 PM | Outbound | (866) 861-8252 |
| 117 | 01/30/2023 11:20 AM | Inbound | (516) 270-0098 |
| 118 | 01/29/2023 04:44 PM | Outbound | (347) 751-2655 |

Joseph Romain

1 76 Rushmore St.

Westbury, NY 11590


February 27, 2023


Legal Department

Webster Bank, N. A.

1 Corporate Drive, Suite 360

Lake Zurich, IL 60047-8945


   Re:      Loan number: 5047729099


Legal Department:


On January 13, 2023, I spoke to a person at the escrow department regarding shortage, the department added on my account which is wrong. I request that person to eliminate the shortage due to is false. The shortage was 1959.27 and escrow department changed to 375.25 on January 30, 2030. I called again on January 30, 2023. Until today, error remains the same.

     Please, I advise you to fix the problem. Otherwise, I will take legal action again Webster Bank, N. A.

Joseph Romain

**▶ Dovenmuehle**

March 13, 2023

|ₐₗₗ|ₚₗₗₗₐₗᵤₐₗₚₗₘₚₗₗₗₗₚₗₘₐₗₗₐₗᵢₗₗₗₚₗₚₗₚₗₚₐ   MS1290

Joseph Romain
Marie R Demosthene
176 Rushmore St
Westbury NY 11590-3821

Loan Number: 5047729099

Property Address: 176 Rushmore St
                  Westbury NY 11590

Dear Joseph Romain and Marie R Demosthene :

We have received your inquiry regarding your mortgage loan and are reviewing
your account. We will make every effort to provide a response to your
inquiry as promptly as possible, and will certainly do so within the time
limit required by law.

We value you as a customer and appreciate your patience while we prepare a
response. If you have any questions, please call us at 1-877-849-9242.

Sincerely,

Research Department                                    QC601/NJE

**Dovenmuehle Mortgage, Inc.**
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047

**NMLS ID 2481**

847-550-7300
Dovenmuehle.com

RECIPIENT'S/LENDER'S NAME, address, and telephone no. Document 1 23

CORRECTED (if checked) OMB No. 1545-1380 Page 23 of 50 PageID #

RECIPIENT'S/LENDER'S name, address, and telephone no.

Dovenmuehle Mortgage, Inc., Servicer for
Webster Bank
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047-8945
1.855.857.0644

*Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person.

**2022**

Form **1098**

# Mortgage Interest Statement

**Copy B**

**For Payer/Borrower**

| RECIPIENT'S/LENDER'S TIN | PAYER'S/BORROWER'S TIN |
|---|---|
| 36-2435132 | ***-**-3335 |

| 1 Mortgage interest received from payer(s)/borrower(s)* |
|---|
| $ 1,151.08 |

PAYER'S/BORROWER'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code

⟶ 2089720 000025363 9070

JOSEPH ROMAIN          25363
MARIE R DEMOSTHENE
176 RUSHMORE ST
WESTBURY NY  11590-3821

| 2 Outstanding mortgage principal | 3 Mortgage origination date |
|---|---|
| $ 37,158.88 | 04/25/1988 |

| 4 Refund of overpaid interest | 5 Mortgage insurance premiums |
|---|---|
| $ .00 | $ .00 |

| 6 Points paid on purchase of principal residence |
|---|
| $ .00 |

9 Number of properties securing the mortgage

7 If address of property securing mortgage is the same as PAYER'S/BORROWER'S address, the box is checked, or the address or description is entered in box 8. ☐

The information in boxes 1 through 9 and 11 is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points, reported in boxes 1 and 6; or because you didn't report the refund of interest (box 4); or because you claimed a nondeductible item.

| 10 Other | |
|---|---|
| PROPERTY TAXES | 3,813.28 |
| PRINCIPAL PAID | 815.67 |
| ENDING PRINCIPAL BAL | 36,343.21 |

8 Address or description of property securing mortgage

176 RUSHMORE ST
WESTBURY NY 11590-0000

| Account number (see instructions) | 11 Mortgage acquisition date |
|---|---|
| 5047729099 | |

Form **1098**          (Keep for your records)          www.irs.gov/Form1098          Department of the Treasury - Internal Revenue Service

**This information is provided for your use in preparing your 2022 tax returns. You are responsible for providing us with your correct SSN/TIN. Please contact our Customer Service Department at the above phone number if this number is wrong. Please review the reverse side for important Internal Revenue Service information.**

| PROCESS DATE | TRANSACTION DESCRIPTION | DUE DATE | TOTAL AMOUNT | PRINCIPAL AMOUNT | INTEREST AMOUNT | ESCROW AMOUNT | OTHER |
|---|---|---|---|---|---|---|---|
| 01/12 173 | PAYMENT | 01/22 | $1,166.06 | $161.11 | $232.24 | $772.71 | |
| 01/25 313 | CITY TAX | 01/22 | $1,092.46- | | | $1,092.46- | |
| 02/09 173 | PAYMENT | 02/22 | $1,166.06 | $162.11 | $231.24 | $772.71 | |
| 03/09 173 | PAYMENT | 03/22 | $1,181.76 | $163.13 | $230.22 | $788.41 | |
| 03/31 160 | INTEREST ON ESCROW DEPOS | 04/22 | $7.40 | | | $7.40 | |
| 04/14 173 | PAYMENT | 04/22 | $1,181.76 | $164.15 | $229.20 | $788.41 | |
| 04/19 311 | SCHOOL TAX | 04/22 | $2,720.82- | | | $2,720.82- | |
| 05/11 173 | PAYMENT | 05/22 | $1,181.76 | $165.17 | $228.18 | $788.41 | |
| 05/31 160 | INTEREST ON ESCROW DEPOS | 06/22 | $4.14 | | | $4.14 | |
| 06/01 156 | LOAN TRANSFERRED | 06/22 | | $36,343.21 | | $1,106.08- | |

25,363   /   - 0559 - Q98 - b210310h.0pb.grp    P



| RECIPIENT'S/LENDER'S name, address, and telephone no. | | *Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person. | OMB No. 1545-1380 | | CORRECTED (if checked) |
|---|---|---|---|---|---|
| **Webster Bank**<br>200 Executive Blvd<br>Southington, CT 06489<br>800-270-5400 | | | Form **1098**<br>(Rev. January 2022) | | **Mortgage Interest Statement** |
| | | | For calendar year<br>2022 | | |
| RECIPIENT'S/LENDER'S TIN<br>06-0273620 | PAYER'S/BORROWER'S TIN<br>***-**-3335 | 1 Mortgage Interest received from payer(s)/borrower(s)*<br>$ 1,370.21 | | | **Copy B**<br>**For Payer/ Borrower** |
| PAYER'S/BORROWER'S name, street address, city, state, and ZIP<br><br>JOSEPH ROMAIN<br>MARIE R DEMOSTHENE<br>176 RUSHMORE ST<br>WESTBURY NY 11590 3821 | | 2 Outstanding mortgage principal<br>$36,343.21 | 3 Mortgage origination date<br>4/25/1988 | | The information in boxes 1 through 9 and 11 is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points, reported in boxes 1 and 6; or because you didn't report the refund of interest (box 4); or because you claimed a nondeductible item. |
| | | 4 Refund of overpaid interest<br>$ 0.00 | 5 Mortgage insurance premiums<br>$ 0.00 | | |
| | | 6 Points paid on purchase of principal residence<br>$ 0.00 | | | |
| | | 7 ☐ If address of property securing mortgage is the same as PAYER'S/BORROWER'S address, the box is checked, or the address or description is entered in box 8. | | | |
| 9 Number of properties securing the mortgage<br>1 | | 8 Address or description of property securing mortgage | | | |
| 10 Other<br><br>YTD Taxes<br>4,060.53 | | 176 RUSHMORE ST<br>WESTBURY NY 11590-0000 | | | |
| | | | | | 11 Mortgage acquisition date<br>6/1/2022 |
| Account number (see instructions)<br>5047729099 | | | | | |

Form **1098** (Rev. 1-2022)        (Keep for your records)        www.irs.gov/Form1098        Department of the Treasury - Internal Revenue Service

| Process Date | Transaction Description | Due Date | Total Amount | Principal Amount | Interest Amount | Escrow Amount | Other |
|---|---|---|---|---|---|---|---|
| 06/08/22 | 173 Payment | 06/01/22 | $1,181.76 | $166.20 | $227.15 | $788.41 | $0.00 |
| 06/15/22 | 175 Principal Payment | 07/01/22 | $2,000.00 | $2,000.00 | $0.00 | $0.00 | $0.00 |
| 06/30/22 | 160 Interest on Escrow | 07/00/22 | $2.76 | $0.00 | $0.00 | $2.76 | $0.00 |
| 07/15/22 | 173 Payment | 07/01/22 | $1,181.76 | $179.74 | $213.61 | $788.41 | $0.00 |
| 07/27/22 | 172 Payment | 08/01/22 | $1,181.76 | $180.87 | $212.48 | $788.41 | $0.00 |
| 07/27/22 | 175 Principal Payment | 09/01/22 | $2,818.24 | $2,818.24 | $0.00 | $0.00 | $0.00 |
| 07/28/22 | 175 Principal Payment | 09/01/22 | $2,000.00 | $2,000.00 | $0.00 | $0.00 | $0.00 |
| 07/29/22 | 322 Town Tax Disbursement | 07/00/22 | $-1,092.46 | $0.00 | $0.00 | $-1,092.46 | $0.00 |
| 07/29/22 | 160 Interest on Escrow | 09/00/22 | $3.71 | $0.00 | $0.00 | $3.71 | $0.00 |
| 08/31/22 | 160 Interest on Escrow | 09/00/22 | $4.31 | $0.00 | $0.00 | $4.31 | $0.00 |
| 09/14/22 | 173 Payment | 09/01/22 | $1,181.76 | $212.11 | $181.24 | $788.41 | $0.00 |
| 09/30/22 | 160 Interest on Escrow | 10/00/22 | $4.62 | $0.00 | $0.00 | $4.62 | $0.00 |
| 10/03/22 | 351 Hazard Insurance Disbursement | 10/00/22 | $-1,374.00 | $0.00 | $0.00 | $-1,374.00 | $0.00 |
| 10/12/22 | 173 Payment | 10/01/22 | $1,181.76 | $213.44 | $179.91 | $788.41 | $0.00 |
| 10/21/22 | 326 School/Junior College Tax Disbursement | 10/00/22 | $-2,968.07 | $0.00 | $0.00 | $-2,968.07 | $0.00 |
| 10/21/22 | 161 Escrow Advance | 11/00/22 | $371.00 | $0.00 | $0.00 | $371.00 | $0.00 |
| 10/31/22 | 160 Interest on Escrow | 11/00/22 | $2.49 | $0.00 | $0.00 | $2.49 | $0.00 |
| 11/01/22 | 168 Escrow Advance Repayment | 11/00/22 | $0.00 | $0.00 | $0.00 | $-2.49 | $0.00 |
| 11/09/22 | 173 Payment | 11/01/22 | $1,181.76 | $214.77 | $178.58 | $788.41 | $0.00 |
| 11/09/22 | 168 Escrow Advance Repayment | 11/00/22 | $0.00 | $0.00 | $0.00 | $-368.51 | $0.00 |
| 11/30/22 | 160 Interest on Escrow | 12/00/22 | $0.30 | $0.00 | $0.00 | $0.30 | $0.00 |
| 12/14/22 | 173 Payment | 12/01/22 | $1,181.76 | $216.11 | $177.24 | $788.41 | $0.00 |
| 12/30/22 | 160 Interest on Escrow | 01/00/23 | $1.45 | $0.00 | $0.00 | $1.45 | $0.00 |



Joseph Romain

176 Rushmore St.

Westbury, NY 11590

March 21, 2023

Dovenmuehle Mortgage, Inc.

1 Corporate Drive, Suite 360

Lake Zurich, IL 60047

Re: Loan Number: 5047729099

Thank you for responding to my letter. Please, I request a refund of all of the surpluses on the loan account since the closing day 1988 to the escrow account analysis on December 15, 2022.

Thanks again,

Joseph Romain

**⫸ Dovenmuehle**

March 21, 2023

‖ⅉⅉⅉⅉⅉⅉⅉⅉⅉⅉⅉⅉⅉⅉⅉⅉⅉⅉ    MS1290
Joseph Romain
Marie R Demosthene
176 Rushmore St
Westbury NY 11590-3821

Loan Number: 5047729099

Property Address: 176 Rushmore St
Westbury NY 11590

Dear Joseph Romain and Marie R Demosthene :

We have received your inquiry regarding your mortgage loan and are reviewing
your account. We will make every effort to provide a response to your
inquiry as promptly as possible, and will certainly do so within the time
limit required by law.

We value you as a customer and appreciate your patience while we prepare a
response. If you have any questions, please call us at 1-877-849-9242.

Sincerely,

Research Department                                                QC601/JAH

**Dovenmuehle Mortgage, Inc.**
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047



NMLS ID 2481
(847-550-7300)
Dovenmuehle.com

G

Joseph Romain

176 Rushmore St.

Westbury, NY 11590

Certified mail: 7018 0360 0002 1937 7327

 Legal Department

Webster Bank N. A.

P.O. Box: 2647

Hartford, CT 06146

May 15, 2023

Re:    Account number: MSP5047729099

On February 27, 2023, I sent a certified, delivered letter to the Bank on March 3, 2023, number 7018004000007619840 concerning false shortage the bank added on my escrow account during the life of the loan which is 35Years. On March 21, 2023, I sent an email to the bank to request a refund of all of the surplus collected on my escrow account. I do not receive the correction of the error.

    Please receive again a copy of the letters and reception letters, and I request the physical address of the main office.

Thank you,

Joseph Romain



June 25, 2023


Joseph Romain
176 Rushmore St.
Westbury, NY  11590


RE:  LOAN NO. 5047729099
     PROPERTY ("Property"): 176 Rushmore St Westbury NY 11590

Dear Mr. Romain:

Webster Bank, N.A. ("Webster") is in receipt of your Notice of Error
correspondence dated May 15, 2023 Your letter references a mortgage
which was granted on or about 04-25-88 secured by the property described
above.  We have determined that Webster is unable to provide the requested
information within 30 days of your request.  Therefore, this letter
is to advise you that Webster will respond within 45 days (excluding legal
holidays and weekends) of your request.   The extra time is necessary
to research and retrieve the requested information from our records.

Very Truly Yours,

Webster Bank, N.A.
Loan Servicing Department
PO Box 2647
Hartford, CT 06146

1-800-270-5400 Ext. 45870


CC002 Notice of Error - Extension of Time
Created 11/20/2013


CC:


**Webster**Bank·

July 25, 2023

Joseph Romain
176 Rushmore Street
Westbury, NY 11590

RE:   Loan Number:        5047729099
      Property Address:    176 Rushmore Street, Westbury, NY 11590

Dear Clients:

We at Webster Bank, N.A. ("Webster") take personal responsibility for meeting our customer's needs.  As noted in our acknowledgment letter of May 19, 2023, Webster is in receipt of your Notice of Error Correspondence dated May 15, 2023, which was received by Webster on May 19, 2023.   Your letter claims that an error was made as follows:

- False shortage the bank added on your escrow account during the life of the loan which is 35 years; and you requested a refund of all the surplus collected on your escrow account

After a thorough review of the loan referenced above, please be advised of the following:

A representative from the Escrow Department spoke to you in early January, and we thought the issue had been resolved after speaking with you.  Your complaint contains a letter dated 2/27/2023.  It was addressed to the previous servicer and was not forwarded to Webster for review.  Below is a timeline summarizing the activity that took place.

1/27/2022
Escrow account was re-analyzed by Sterling National/DMI.  The escrow shortage amount was $458.23.  New loan payment $1,181.76 effective 3/1/2022

12/16/2022
Escrow account re-analyzed as part of the NY cycle analysis.  The escrow shortage amount was $1,959.21.  New loan payment $1,347.88 effective 2/1/2023

1/2023
A call was received by the Escrow Dept., and you stated that there was something wrong with the escrow analysis statement he received.  The Escrow Dept. reviewed the escrow statement generated 12/16/2022 and compared it to the escrow statement generated on 1/27/2022 by Sterling/DMI.  When we compared the 2 statements,

 **Webster**Bank·

Webster discovered a discrepancy in the escrow cushion.  The escrow analysis performed by Sterling had no escrow cushion (0 months), the escrow analysis performed by Webster had a 2-month escrow cushion.

**1/12/2023**
The Escrow Dept. removed the escrow cushion from the account and re-analyzed the escrow.  The escrow shortage amount was $375.25.  New loan payment $1,215.88 effective 2/1/2023.  This escrow analysis overwrote and cancelled out the 12/16/2022 escrow analysis.

The escrow shortage amount ($375.25) was accurate.  The school taxes on the property increased from $5,441.66 to $5,936.14.  This increase created a shortage in the escrow account.

**1/13/2023**
The Escrow Dept. called you to follow-up on his research request.  The Escrow Dept discussed the cushion discrepancy with the you and let the client know that the escrow account had been re-analyzed to correct the issue.

At Webster Bank we strive for excellence in everything that we do and take pride in our customer service, we apologize for any frustration you may have experienced regarding this matter.

If you have any additional questions or concerns you may reach our Escrow Department at 1-800-270-5400 ext. 45670 between 8:30am and 5:00pm or our Contact Center is available Monday through Friday 7am to 10pm, Saturday and Sunday 8am to 8pm.

Thank you.

Sincerely,

Webster Bank, N.A.
Loan Servicing Department
PO Box 2647
Hartford, CT 06146

□ CORRECTED (if checked)

| RECIPIENT'S/LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>Dovenmuehle Mortgage, Inc., Servicer for<br>Sterling National Bank<br>1 Corporate Drive, Suite 360<br>Lake Zurich, IL  60047-8945<br>1-855-857-0644 | *Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person. | OMB No. 1545-1380<br><br>**2021**<br><br>Form **1098** | **Mortgage Interest Statement** |
|---|---|---|---|

| | 1 Mortgage interest received from payer(s)/borrower(s)*<br>$  2,921.96 | **Copy B**<br>**For Payer/ Borrower** |
|---|---|---|

The information in boxes 1 through 9 and 11 is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points, reported in boxes 1 and 6; or because you didn't report the refund of interest (box 4); or because you claimed a nondeductible item.

| RECIPIENT'S/LENDER'S TIN<br>36-2435132 | PAYER'S/BORROWER'S TIN<br>***-**-3335 | 2 Outstanding mortgage principal<br>$  48,416.14 | 3 Mortgage origination date<br>4/25/1988 |
|---|---|---|---|

| PAYER'S/BORROWER'S name, Street address (including apt. no.), City or town, province or state, country, and ZIP or foreign postal code<br><br>JOSEPH ROMAIN<br>MARIE R DEMOSTHENE<br>176 RUSHMORE ST<br>WESTBURY, NY  11590 | 4 Refund of overpaid interest<br>$  0.00 | 5 Mortgage insurance premiums<br>$  0.00 |
|---|---|---|
| | 6 Points paid on purchase of principal residence<br>$  0.00 | |
| | 7 □ If address of property securing mortgage is the same as PAYER'S/BORROWER'S address, the box is checked, or the address or description is entered in box 8. | |

| 9 Number of properties securing the mortgage | 8 Address or description of property securing mortgage |
|---|---|
| 10 Other<br><br>PROPERTY TAXES          $7,633.28<br>PRINCIPAL PAID          $11,257.26<br>ENDING PRINCIPAL BAL    $37,158.88 | 176 RUSHMORE ST<br>WESTBURY NY 11590-0000 |
| Account number (see instructions)<br>        5047729099 | 11 Mortgage acquisition date |

Form **1098**          (Keep for your records)          www.irs.gov/Form1098          Department of the Treasury - Internal Revenue Service



**This information is provided for your use in preparing your 2021 tax returns. You are responsible for providing us with your correct SSN/TIN. Please contact our Customer Service Department at the above phone number if this number is wrong. Please review the reverse side for important Internal Revenue Service information.**

| Process Date | Transaction Description | Due Date | Total Amount | Principal Amount | Interest Amount | Escrow Amount | Other |
|---|---|---|---|---|---|---|---|
| 01/04/21 | 304 RESTRICTED ESCROW DISBUR | | $-3,198.73 | $0.00 | $0.00 | $-3,198.73 | $0.00 |
| 01/06/21 | 173 PAYMENT | 01/21 | $1,045.98 | $90.75 | $302.60 | $652.63 | $0.00 |
| 01/06/21 | 175 PRINCIPAL PAYMENT | 02/21 | $2,959.02 | $2,959.02 | $0.00 | $0.00 | $0.00 |
| 01/13/21 | 173 PAYMENT | 02/21 | $1,045.98 | $109.81 | $283.54 | $652.63 | $0.00 |
| 01/13/21 | 175 PRINCIPAL PAYMENT | 03/21 | $6,500.00 | $6,500.00 | $0.00 | $0.00 | $0.00 |
| 01/15/21 | 147 MISAPPLICATION REVERSAL | 03/21 | $0.00 | $-6,500.00 | $0.00 | $0.00 | $6,500.00 |
| 01/15/21 | 147 MISAPPLICATION REVERSAL | | $0.00 | $0.00 | $0.00 | $0.00 | $6,500.00 |
| 01/15/21 | 147 MISAPPLICATION REVERSAL | 02/21 | $0.00 | $-109.81 | $-283.54 | $-652.63 | $0.00 |
| 01/15/21 | 175 PRINCIPAL PAYMENT | 02/21 | $0.00 | $6,500.00 | $0.00 | $0.00 | $-6,500.00 |
| 01/22/21 | 313 CITY TAX | 01/21 | $-1,094.94 | $0.00 | $0.00 | $-1,094.94 | $0.00 |
| 02/10/21 | 173 PAYMENT | 02/21 | $1,045.98 | $150.44 | $242.91 | $652.63 | $0.00 |
| 03/10/21 | 173 PAYMENT | 03/21 | $1,166.06 | $151.38 | $241.97 | $772.71 | $0.00 |
| 03/31/21 | 160 INTEREST ON ESCROW DEPOS | 04/21 | $6.31 | $0.00 | $0.00 | $6.31 | $0.00 |
| 03/31/21 | 160 INTEREST ON ESCROW DEPOS | 04/21 | $0.70 | $0.00 | $0.00 | $0.70 | $0.00 |
| 04/14/21 | 173 PAYMENT | 04/21 | $1,166.06 | $152.32 | $241.03 | $772.71 | $0.00 |
| 04/15/21 | 311 SCHOOL TAX | 04/21 | $-2,722.57 | $0.00 | $0.00 | $-2,722.57 | $0.00 |
| 04/15/21 | 161 ESCROW ADVANCE | 05/21 | $11.34 | $0.00 | $0.00 | $11.34 | $0.00 |
| 05/12/21 | 173 PAYMENT | 05/21 | $1,166.06 | $153.27 | $240.08 | $772.71 | $0.00 |
| 05/12/21 | 168 REPAY OF ESCROW ADVANCE | 05/21 | $0.00 | $0.00 | $0.00 | $-11.34 | $0.00 |
| 06/09/21 | 173 PAYMENT | 06/21 | $1,166.06 | $154.23 | $239.12 | $772.71 | $0.00 |
| 06/30/21 | 160 INTEREST ON ESCROW DEPOS | 07/21 | $4.58 | $0.00 | $0.00 | $4.58 | $0.00 |
| 07/14/21 | 173 PAYMENT | 07/21 | $1,166.06 | $155.20 | $238.15 | $772.71 | $0.00 |
| 07/26/21 | 313 CITY TAX | 07/21 | $-1,094.94 | $0.00 | $0.00 | $-1,094.94 | $0.00 |
| 08/11/21 | 173 PAYMENT | 08/21 | $1,166.06 | $156.17 | $237.18 | $772.71 | $0.00 |
| 09/08/21 | 173 PAYMENT | 09/21 | $1,166.06 | $157.14 | $236.21 | $772.71 | $0.00 |
| 09/30/21 | 160 INTEREST ON ESCROW DEPOS | 10/21 | $10.15 | $0.00 | $0.00 | $10.15 | $0.00 |
| 10/06/21 | 351 HAZARD INSURANCE DISBURS | 10/21 | $-1,376.00 | $0.00 | $0.00 | $-1,376.00 | $0.00 |
| 10/13/21 | 173 PAYMENT | 10/21 | $1,166.06 | $158.12 | $235.23 | $772.71 | $0.00 |
| 10/20/21 | 311 SCHOOL TAX | 10/21 | $-2,720.83 | $0.00 | $0.00 | $-2,720.83 | $0.00 |
| 11/10/21 | 161 ESCROW ADVANCE | 11/21 | $552.12 | $0.00 | $0.00 | $552.12 | $0.00 |
| 11/10/21 | 173 PAYMENT | 11/21 | $1,166.06 | $159.11 | $234.24 | $772.71 | $0.00 |
| 11/10/21 | 168 REPAY OF ESCROW ADVANCE | 11/21 | $0.00 | $0.00 | $0.00 | $-552.12 | $0.00 |
| 12/08/21 | 173 PAYMENT | 12/21 | $1,166.06 | $160.11 | $233.24 | $772.71 | $0.00 |
| 12/31/21 | 160 INTEREST ON ESCROW DEPOS | 01/22 | $3.87 | $0.00 | $0.00 | $3.87 | $0.00 |

4

486756 000007833 098YE2 00935557

☐ CORRECTED (if checked)

| RECIPIENT'S/LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | *Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person. | OMB No. 1545-1380 2020 Form 1098 | Mortgage Interest Statement |
|---|---|---|---|
| Dovenmuehle Mortgage, Inc., Servicer for Sterling National Bank 1 Corporate Drive, Suite 360 Lake Zurich, IL  60047-8945 1-855-857-0644 | | | |

| | 1 Mortgage interest received from payer(s)/borrower(s)* $ 3,931.02 | | Copy B |
|---|---|---|---|
| RECIPIENT'S/LENDER'S TIN  36-2435132 | PAYER'S/BORROWER'S TIN  ***-**-3335 | 2 Outstanding mortgage principal $ 56,205.32 | 3 Mortgage origination date 4/25/1988 | For Payer/ Borrower |

2 Outstanding mortgage principal $ 56,205.32

3 Mortgage origination date 4/25/1988

4 Refund of overpaid interest $ 0.00

5 Mortgage insurance premiums $ 0.00

PAYER'S/BORROWER'S name, Street address (including apt. no.), City or town, province or state, country, and ZIP or foreign postal code

JOSEPH ROMAIN
MARIE R DEMOSTHENE
176 RUSHMORE ST
WESTBURY, NY  11590

6 Points paid on purchase of principal residence $ 0.00

7 ☐ If address of property securing mortgage is the same as PAYER'S/BORROWER'S address, the box is checked, or the address or description is entered in box 8.

9 Number of properties securing the mortgage

8 Address or description of property securing mortgage (see instructions)

The information in boxes 1 through 9 and 11 is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points, reported in boxes 1 and 6; or because you didn't report the refund of interest (box 4); or because you claimed a nondeductible item.

10 Other

PROPERTY TAXES            $7,046.18
PRINCIPAL PAID            $7,789.18
ENDING PRINCIPAL BAL      $48,416.14

176 RUSHMORE ST
WESTBURY NY 11590-0000

11 Mortgage acquisition date

Account number (see instructions)
        5047729099



Form 1098         (Keep for your records)         www.irs.gov/Form1098         Department of the Treasury - Internal Revenue Service

**This Information is provided for your use in preparing your 2020 tax returns.  You are responsible for providing us with your correct SSN/TIN.  Please contact our Customer Service Department at the above phone number this number is wrong.  Please review the reverse side for important Internal Revenue Service information.**

| Process Date | Transaction Description | Due Date | Total Amount | Principal Amount | Interest Amount | Escrow Amount | Other |
|---|---|---|---|---|---|---|---|
| 01/08/20 | 173 PAYMENT | 01/20 | $1,070.41 | $42.07 | $351.28 | $677.06 | $0.00 |
| 01/23/20 | 313 CITY TAX | 01/20 | $-994.77 | $0.00 | $0.00 | $-994.77 | $0.00 |
| 02/12/20 | 173 PAYMENT | 02/20 | $1,070.41 | $42.33 | $351.02 | $677.06 | $0.00 |
| 03/11/20 | 173 PAYMENT | 03/20 | $1,045.98 | $42.59 | $350.76 | $652.63 | $0.00 |
| 03/31/20 | 160 INTEREST ON ESCROW DEPOS | 04/20 | $7.97 | $0.00 | $0.00 | $7.97 | $0.00 |
| 03/31/20 | 160 INTEREST ON ESCROW DEPOS | 04/20 | $15.96 | $0.00 | $0.00 | $15.96 | $0.00 |
| 04/09/20 | 173 PAYMENT | 04/20 | $1,045.98 | $42.86 | $350.49 | $652.63 | $0.00 |
| 04/20/20 | 311 SCHOOL TAX | 04/20 | $-2,334.07 | $0.00 | $0.00 | $-2,334.07 | $0.00 |
| 05/13/20 | 173 PAYMENT | 05/20 | $1,045.98 | $43.13 | $350.22 | $652.63 | $0.00 |
| 06/10/20 | 173 PAYMENT | 06/20 | $1,045.98 | $43.40 | $349.95 | $652.63 | $0.00 |
| 06/22/20 | 175 PRINCIPAL PAYMENT | 07/20 | $7,000.00 | $7,000.00 | $0.00 | $0.00 | $0.00 |
| 06/30/20 | 160 INTEREST ON ESCROW DEPOS | 07/20 | $7.56 | $0.00 | $0.00 | $7.56 | $0.00 |
| 06/30/20 | 160 INTEREST ON ESCROW DEPOS | 07/20 | $15.96 | $0.00 | $0.00 | $15.96 | $0.00 |
| 07/08/20 | 173 PAYMENT | 07/20 | $1,045.98 | $87.42 | $305.93 | $652.63 | $0.00 |
| 07/20/20 | 313 CITY TAX | 07/20 | $-994.77 | $0.00 | $0.00 | $-994.77 | $0.00 |
| 08/12/20 | 173 PAYMENT | 08/20 | $1,045.98 | $87.97 | $305.38 | $652.63 | $0.00 |
| 09/09/20 | 173 PAYMENT | 09/20 | $1,045.98 | $88.52 | $304.83 | $652.63 | $0.00 |
| 09/30/20 | 160 INTEREST ON ESCROW DEPOS | 10/20 | $11.19 | $0.00 | $0.00 | $11.19 | $0.00 |
| 09/30/20 | 160 INTEREST ON ESCROW DEPOS | 10/20 | $16.12 | $0.00 | $0.00 | $16.12 | $0.00 |
| 10/14/20 | 173 PAYMENT | 10/20 | $1,045.98 | $89.07 | $304.28 | $652.63 | $0.00 |
| 10/23/20 | 351 HAZARD INSURANCE DISBURS | 10/20 | $-1,210.00 | $0.00 | $0.00 | $-1,210.00 | $0.00 |
| 11/12/20 | 173 PAYMENT | 11/20 | $1,045.98 | $89.63 | $303.72 | $652.63 | $0.00 |
| 11/17/20 | 311 SCHOOL TAX | 10/20 | $-2,722.57 | $0.00 | $0.00 | $-2,722.57 | $0.00 |
| 12/09/20 | 173 PAYMENT | 12/20 | $1,045.98 | $90.19 | $303.16 | $652.63 | $0.00 |
| 12/31/20 | 160 INTEREST ON ESCROW DEPOS | 01/21 | $8.73 | $0.00 | $0.00 | $8.73 | $0.00 |
| 12/31/20 | 160 INTEREST ON ESCROW DEPOS | 01/21 | $16.13 | $0.00 | $0.00 | $16.13 | $0.00 |

RECIPIENT'S/LENDER'S name, address, and telephone no.

Dovenmuehle Mortgage, Inc., Servicer for
Sterling National Bank
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047-8945
1-855-857-0644

*Caution: The amount shown may
not be fully deductible by you.
Limits based on the loan amount
and the cost and value of the
secured property may apply. Also,
you may only deduct interest to
the extent it was incurred by you,
actually paid by you, and not
reimbursed by another person.

OMB No. 1545-1380

**2019**

Form 1098

☐ CORRECTED (if checked)

**Mortgage
Interest
Statement**

| RECIPIENT'S/LENDER'S TIN | PAYER'S/BORROWER'S TIN |
|---|---|
| 36-2435132 | ***-**-3335 |

PAYER'S/BORROWER'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code

JOSEPH ROMAIN                    241887
MARIE R DEMOSTHENE
176 RUSHMORE ST
WESTBURY NY  11590-3821

| | |
|---|---|
| 1 Mortgage interest received from payer(s)/borrower(s)* | $        4,239.57 |
| 2 Outstanding mortgage principal $   56,915.95 | 3 Mortgage origination date 04/25/1988 |
| 4 Refund of overpaid interest $        .00 | 5 Mortgage insurance premiums $        .00 |
| 6 Points paid on purchase of principal residence $        .00 | |

**Copy B
For Payer/
Borrower**

The information in boxes 1 through 9 is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points, reported in boxes 1 and 6; or because you didn't report the refund of interest (box 4); or because you claimed a nondeductible item.

7 If address of property securing mortgage is the same as PAYER'S/BORROWER'S address, the box is checked, or the address or description is entered in box 8.  ☐

9 Number of properties securing the mortgage

10 Other

| PROPERTY TAXES | 6,644.22 |
|---|---|
| PRINCIPAL PAID | 710.63 |
| ENDING PRINCIPAL BAL | 56,205.32 |

8 Address or description of property securing mortgage (see instructions)

176 RUSHMORE ST
WESTBURY NY 11590-0000

| Account number (see instructions) 5047729099 | 11 Mortgage acquisition date |
|---|---|

Form **1098**          (Keep for your records)          www.irs.gov/Form1098          Department of the Treasury - Internal Revenue Service

---

**This information is provided for your use in preparing your 2019 tax returns. You are responsible for providing us with your correct SSN/TIN. Please contact our Customer Service Department at the above phone number if this number is wrong. Please review the reverse side for important Internal Revenue Service information.**

| PROCESS DATE | | TRANSACTION DESCRIPTION | DUE DATE | TOTAL AMOUNT | PRINCIPAL AMOUNT | INTEREST AMOUNT | ESCROW AMOUNT | OTHER |
|---|---|---|---|---|---|---|---|---|
| 01/09 | 173 | PAYMENT | 01/19 | $1,016.33 | $37.63 | $355.72 | $622.98 | |
| 01/11 | 313 | CITY TAX | 01/19 | $993.33- | | | $993.33- | |
| 02/13 | 173 | PAYMENT | 02/19 | $1,016.33 | $37.86 | $355.49 | $622.98 | |
| 03/13 | 173 | PAYMENT | 03/19 | $1,070.41 | $38.10 | $355.25 | $677.06 | |
| 03/13 | 175 | PRINCIPAL PAYMENT | 04/19 | $230.00 | $230.00 | | | |
| 03/29 | 160 | INTEREST ON ESCROW DEPOS | 04/19 | $5.22 | | | $5.22 | |
| 04/10 | 173 | PAYMENT | 04/19 | $1,070.41 | $39.77 | $353.58 | $677.06 | |
| 04/19 | 311 | SCHOOL TAX | 04/19 | $2,323.50- | | | $2,323.50- | |
| 05/08 | 173 | PAYMENT | 05/19 | $1,070.41 | $40.02 | $353.33 | $677.06 | |
| 05/08 | 173 | PAYMENT | 06/19 | $0.59 | | | $0.59 | |
| 06/12 | 173 | PAYMENT | 06/19 | $1,070.41 | $40.27 | $353.08 | $677.06 | |
| 06/28 | 160 | INTEREST ON ESCROW DEPOS | 07/19 | $5.94 | | | $5.94 | |
| 07/10 | 173 | PAYMENT | 07/19 | $1,070.41 | $40.52 | $352.83 | $677.06 | |
| 07/23 | 313 | CITY TAX | 07/19 | $993.32- | | | $993.32- | |
| 08/14 | 173 | PAYMENT | 08/19 | $1,070.41 | $40.78 | $352.57 | $677.06 | |
| 09/09 | 169 | RESTRICTED ESCROW DEPOSI | 09/19 | $3,198.73 | | | | |
| 09/12 | 173 | PAYMENT | 09/19 | $1,070.41 | $41.03 | $352.32 | $677.06 | |
| 09/30 | 160 | INTEREST ON ESCROW DEPOS | 10/19 | $9.98 | | | $9.98 | |
| 09/30 | 160 | INTEREST ON ESCROW DEPOS | 10/19 | $3.68 | | | $3.68 | |
| 10/09 | 173 | PAYMENT | 10/19 | $1,070.41 | $41.29 | $352.06 | $677.06 | |
| 10/17 | 351 | HAZARD INSURANCE DISBURS | 10/19 | $1,153.00- | | | $1,153.00- | |
| 10/22 | 311 | SCHOOL TAX | 10/19 | $2,334.07- | | | $2,334.07- | |
| 10/22 | 161 | ESCROW ADVANCE | 11/19 | $151.14 | | | $151.14 | |
| 11/13 | 173 | PAYMENT | 11/19 | $1,070.41 | $41.55 | $351.80 | $677.06 | |
| 11/13 | 168 | REPAY OF ESCROW ADVANCE | 11/19 | $151.14- | | | $151.14- | |
| 12/11 | 173 | PAYMENT | 12/19 | $1,070.41 | $41.81 | $351.54 | $677.06 | |
| 12/31 | 160 | INTEREST ON ESCROW DEPOS | 01/20 | $5.50 | | | $5.50 | |
| 12/31 | 160 | INTEREST ON ESCROW DEPOS | 01/20 | $16.14 | | | $16.14 | |

241.887  /    0519  -  Q98  -  a8L031Zb.sem.grp

☐ CORRECTED (if checked)

| RECIPIENT'S/LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | *Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person. | OMB No. 1545-0901 2018 Form 1098 | Mortgage Interest Statement |
|---|---|---|---|

Dovenmuehle Mortgage, Inc., Servicer for
Sterling National Bank
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047-8945
1-855-857-0644

**1** Mortgage interest received from payer(s)/borrower(s)*
$ 4,286.53

**Copy B**
**For Payer/ Borrower**

| RECIPIENT'S/LENDER'S TIN | PAYER'S/BORROWER'S taxpayer identification no. |
|---|---|
| 36-2435132 | ***-**-3335 |

**2** Outstanding mortgage principal as of 1/1/2018
$ 57,349.62

**3** Mortgage origination date
4/25/1988

**4** Refund of overpaid interest
$ 0.00

**5** Mortgage insurance premiums
$ 0.00

PAYER'S/BORROWER'S name, Street address (including apt. no.), City or town, province or state, country, and ZIP or foreign postal code

JOSEPH ROMAIN
MARIE R DEMOSTHENE
176 RUSHMORE ST
WESTBURY, NY 11590

**6** Points paid on purchase of principal residence
$ 0.00

**7** ☐ If address of property securing mortgage is the same as PAYER'S/BORROWER'S address, the box is checked, or the address or description is entered in box 8.

The information in boxes 1 through 9 is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points, reported in boxes 1 and 6; or because you didn't report the refund of interest (box 4); or because you claimed a nondeductible item.

**9** Number of properties securing the mortgage

**8** Address or description of property securing mortgage (see instructions)

| 10 Other | |
|---|---|
| PROPERTY TAXES | $6,675.66 |
| PRINCIPAL PAID | $433.67 |
| ENDING PRINCIPAL BAL | $56,915.95 |

176 RUSHMORE ST
WESTBURY NY 11590-0000

Account number (see instructions)
5047729099

Form **1098**        (Keep for your records)        www.irs.gov/form1098        Department of the Treasury - Internal Revenue Service



**This information is provided for your use in preparing your 2018 tax returns. You are responsible for providing us with your correct SSN/TIN. Please contact our Customer Service Department at the above phone number this number is wrong. Please review the reverse side for important Internal Revenue Service information.**

| Process Date | Transaction Description | Due Date | Total Amount | Principal Amount | Interest Amount | Escrow Amount | Oth |
|---|---|---|---|---|---|---|---|
| 01/11/18 | 173 PAYMENT | 01/18 | $1,043.99 | $34.91 | $358.44 | $650.64 | $0. |
| 01/17/18 | 307 ESCROW REFUND | | $-534.64 | $0.00 | $0.00 | $-534.64 | $0. |
| 01/30/18 | 313 CITY TAX | | $-975.50 | $0.00 | $0.00 | $-975.50 | $0. |
| 02/14/18 | 173 PAYMENT | 02/18 | $1,043.99 | $35.13 | $358.22 | $650.64 | $0. |
| 03/16/18 | 173 PAYMENT | 03/18 | $0.00 | $0.00 | $0.00 | $0.00 | |
| 03/19/18 | 173 PAYMENT | 03/18 | $35.35 | $35.35 | $0.00 | $0.00 | $1,016. |
| 03/30/18 | 160 INTEREST ON ESCROW DEPOSIT | 04/18 | $7.87 | $0.00 | $0.00 | $7.87 | $0. |
| 04/03/18 | 311 SCHOOL TAX | 04/18 | $-2,401.16 | $0.00 | $0.00 | $-2,401.16 | $0. |
| 04/03/18 | 161 ESCROW ADVANCE | 04/18 | $253.97 | $0.00 | $0.00 | $253.97 | $0. |
| 04/12/18 | 168 REPAY OF ESCROW ADVANCE | 04/18 | $0.00 | $0.00 | $0.00 | $-263.97 | $0. |
| 04/12/18 | 173 PAYMENT | 04/18 | $1,016.33 | $35.57 | $357.78 | $622.98 | $0. |
| 05/10/18 | 173 PAYMENT | 05/18 | $1,016.33 | $35.80 | $357.55 | $622.98 | $0. |
| 06/14/18 | 173 PAYMENT | 06/18 | $1,016.33 | $36.02 | $357.33 | $622.98 | $0. |
| 06/29/18 | 160 INTEREST ON ESCROW DEPOSIT | 07/18 | $4.27 | $0.00 | $0.00 | $4.27 | $0. |
| 07/06/18 | 313 CITY TAX | 07/18 | $-975.50 | $0.00 | $0.00 | $-975.50 | $0. |
| 07/12/18 | 160 INTEREST ON ESCROW DEPOSIT | 07/18 | $4.27 | $0.00 | $0.00 | $4.27 | $0. |
| 07/12/18 | 173 PAYMENT | 07/18 | $1,016.33 | $36.24 | $357.11 | $622.98 | $0. |
| 08/09/18 | 173 PAYMENT | 08/18 | $1,016.33 | $36.47 | $356.88 | $622.98 | $0. |
| 09/13/18 | 173 PAYMENT | 09/18 | $1,016.33 | $36.70 | $356.65 | $622.98 | $0. |
| 09/28/18 | 160 INTEREST ON ESCROW DEPOSIT | 10/18 | $8.46 | $0.00 | $0.00 | $8.46 | $0. |
| 10/01/18 | 173 PAYMENT | 10/18 | $1,016.33 | $36.93 | $356.42 | $622.98 | $0. |
| 10/18/18 | 351 HAZARD INSURANCE DISBURSEMENT (PRIM | 10/18 | $-1,113.50 | $0.00 | $0.00 | $-1,113.00 | $0. |
| 10/19/18 | 311 SCHOOL TAX | 10/18 | $-2,523.50 | $0.00 | $0.00 | $-2,323.50 | $0. |
| 10/19/18 | 161 ESCROW ADVANCE | 11/18 | $292.38 | $0.00 | $0.00 | $292.38 | $0. |
| 11/14/18 | 173 PAYMENT | 11/18 | $1,016.33 | $37.16 | $356.19 | $622.98 | $0. |
| 11/14/18 | 168 REPAY OF ESCROW ADVANCE | 11/18 | $0.00 | $0.00 | $0.00 | $-292.38 | $0. |
| 12/12/18 | 173 PAYMENT | 12/18 | $1,016.33 | $37.39 | $355.96 | $622.98 | $0. |
| 12/31/18 | 160 INTEREST ON ESCROW DEPOSIT | 01/19 | $4.65 | $0.00 | $0.00 | $4.65 | $0. |

M

low

RECIPIENT'S/LENDER'S name, address, and telephone no.

Dovenmuehle Mortgage, Inc., Servicer for
Sterling National Bank
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047-8945
1-855-857-0644

**2017** Form **1098**

Mortgage
Interest
Statement

Copy
For Payer/
Borrower

| | |
|---|---|
| RECIPIENT'S/LENDER'S federal identification no. **36-2435132** | PAYER'S/BORROWER'S taxpayer identification no. **\*\*\*-\*\*-3335** |

**1 Mortgage interest received from payer(s)/borrower(s)\***
$ 4,317.76

**2 Outstanding mortgage principal as of 1/1/2017**
$ 57,752.06

**3 Mortgage origination date**
04/25/1988

PAYER'S/BORROWER'S name, street address

JOSEPH ROMAIN                30070
MARIE R DEMOSTHENE
176 RUSHMORE ST
WESTBURY NY 11590-3821

**4 Refund of overpaid interest** $ .00

**5 Mortgage insurance premiums** $ .00

**6 Points paid on purchase of principal residence** $ .00

**7 Is address of property securing mortgage same as PAYER'S/BORROWER'S address?**
If "Yes," box is checked ☐
If "No," see box 8 or 9

**10 Number of mortgaged properties**

**8 Address of property securing mortgage**
176 RUSHMORE ST
WESTBURY NY 11590-0000

**9** If property securing mortgage has no address, below is the description of the property

| 11 Other | |
|---|---|
| PROPERTY TAXES | 6,581.09 |
| PRINCIPAL PAID | 402.44 |
| ENDING PRINCIPAL BAL | 57,349.62 |

Account number (see instructions)
5047729099

Form **1098**    (Keep for your records)    www.irs.gov/form1098    Department of the Treasury - Internal Revenue Service

This information is provided for your use in preparing your 2017 tax returns. You are responsible for providing us with your correct SSN/TIN. Please contact our Customer Service Department at the above phone number if this number is wrong. Please review the reverse side for important Internal Revenue Service information.

| PROCESS DATE | TRANSACTION DESCRIPTION | DUE DATE | TOTAL AMOUNT | PRINCIPAL AMOUNT | INTEREST AMOUNT | ESCROW AMOUNT | OTH |
|---|---|---|---|---|---|---|---|
| 01/12 | 173 PAYMENT | 01/17 | $1,149.82 | $32.40 | $360.95 | $756.47 | |
| 01/17 | 307 ESCROW REFUND | | $1,133.99- | | | $1,133.99- | |
| 01/18 | 313 CITY TAX | 01/17 | $918.17- | | | $918.17- | |
| 02/09 | 173 PAYMENT | 02/17 | $1,149.82 | $32.60 | $360.75 | $756.47 | |
| 03/09 | 173 PAYMENT | 03/17 | $1,043.99 | $32.81 | $360.54 | $650.64 | |
| 03/31 | 160 INTEREST ON ESCROW DEPOS | 04/17 | $8.89 | | | $8.89 | |
| 04/13 | 173 PAYMENT | 04/17 | $1,043.99 | $33.01 | $360.34 | $650.64 | |
| 04/18 | 311 SCHOOL TAX | 04/17 | $2,343.58 | | | $2,343.58 | |
| 05/11 | 173 PAYMENT | 05/17 | $1,043.99 | $33.22 | $360.13 | $650.64 | |
| 06/15 | 173 PAYMENT | 06/17 | $1,043.99 | $33.42 | $359.93 | $650.64 | |
| 06/30 | 160 INTEREST ON ESCROW DEPOS | 07/17 | $6.77 | | | $6.77 | |
| 07/13 | 173 PAYMENT | 07/17 | $1,043.99 | $33.63 | $359.72 | $650.64 | |
| 07/21 | 313 CITY TAX | 07/17 | $918.17- | | | $918.17- | |
| 08/10 | 173 PAYMENT | 08/17 | $1,043.99 | $33.84 | $359.51 | $650.64 | |
| 09/14 | 173 PAYMENT | 09/17 | $1,043.99 | $34.06 | $359.29 | $650.64 | |
| 09/29 | 160 INTEREST ON ESCROW DEPOS | 10/17 | $11.34 | | | $11.34 | |
| 10/12 | 173 PAYMENT | 10/17 | $1,043.99 | $34.27 | $359.08 | $650.64 | |
| 10/17 | 311 SCHOOL TAX | 10/17 | $2,401.17- | | | $2,401.17- | |
| 10/19 | 351 HAZARD INSURANCE DISBURS | 10/17 | $837.00- | | | $837.00- | |
| 11/09 | 173 PAYMENT | 11/17 | $1,043.99 | $34.48 | $358.87 | $650.64 | |
| 12/14 | 173 PAYMENT | 12/17 | $1,043.99 | $34.70 | $358.65 | $650.64 | |
| 12/29 | 160 INTEREST ON ESCROW DEPOS | 01/18 | $7.41 | | | $7.41 | |

30,070 /  - 0558 - 098 - c210810h.out.grp

N

RECIPIENT'S/LENDER'S name, address, and telephone no.
Dovenmuehle Mortgage, Inc., Servicer for
Astoria Bank
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047-8945
1-877-849-9242

2016

Form **1098**

CORRECTED (if checked)

**Mortgage Interest Statement**

**Caution:** The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person.

**Copy B**
For Payer/Borrower

The information in boxes 1 through 9 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points, reported in boxes 1 and 6; or because you didn't report the refund of interest (box 4); or because you claimed a non-deductible item.

| | |
|---|---|
| RECIPIENT'S/LENDER'S federal identification number | PAYER'S/BORROWER'S taxpayer identification no. |
| 36-2435132 | ***-**-3335 |

| 1 Mortgage interest received from payer(s)/borrower(s)* |
|---|
| $ 4,346.75 |

PAYER'S/BORROWER'S name, Street address (including apt. no.), City or town, state or province, country and ZIP or foreign postal code

JOSEPH ROMAIN                    17763
MARIE R DEMOSTHENE
176 RUSHMORE ST
WESTBURY NY 11590-3821

| 2 Outstanding mortgage principal as of 1/1/2016 | 3 Mortgage origination date |
|---|---|
| $ 58,125.51 | 04/25/1988 |

| 4 Refund of overpaid interest | 5 Mortgage insurance premiums |
|---|---|
| $ .00 | $ .00 |

| 6 Points paid on purchase of principal residence |
|---|
| $ .00 |

7 Is address of property securing mortgage same as PAYER'S/BORROWER'S address?

If Yes, box is checked . . . . . . . . . ☐
If No, see box 8 or 9, below

**10 Other**

PROPERTY TAXES          7,544.69

PRINCIPAL PAID            373.45
ENDING PRINCIPAL BAL   57,752.06

| 8 Address of property securing mortgage |
|---|
| 176 RUSHMORE ST
WESTBURY NY 11590-0000 |

9 If property securing mortgage has no address, below is the description of the property

Account number (see instructions)

5047729099

Form **1098**     (Keep for your records)     www.irs.gov/form1098     Department of the Treasury - Internal Revenue Service

**This information is provided for your use in preparing your 2016 tax returns. You are responsible for providing us with your correct SSN/TIN. Please contact our Customer Service Department at the above phone number if this number is wrong. Please review the reverse side for important Internal Revenue Service information.**

| PROCESS DATE | TRANSACTION DESCRIPTION | DUE DATE | TOTAL AMOUNT | PRINCIPAL AMOUNT | INTEREST AMOUNT | ESCROW AMOUNT | OTH |
|---|---|---|---|---|---|---|---|
| 01/15 | 173 PAYMENT | 01/16 | $1,192.33 | $30.07 | $363.28 | $798.98 | |
| 01/19 | 307 ESCROW REFUND | | $138.91- | | | $138.91- | |
| 01/21 | 313 CITY TAX | 01/16 | $1,131.22- | | | $1,131.22- | |
| 02/16 | 173 PAYMENT | 02/16 | $1,192.33 | $30.25 | $363.10 | $798.98 | |
| 03/10 | 173 PAYMENT | 03/16 | $1,149.82 | $30.44 | $362.91 | $756.47 | |
| 03/31 | 160 INTEREST ON ESCROW DEPOS | 04/16 | $9.05 | | | $9.05 | |
| 04/14 | 173 PAYMENT | 04/16 | $1,149.82 | $30.63 | $362.72 | $756.47 | |
| 04/15 | 311 SCHOOL TAX | 04/16 | $2,938.67- | | | $2,938.67- | |
| 05/12 | 173 PAYMENT | 05/16 | $1,149.82 | $30.82 | $362.53 | $756.47 | |
| 06/09 | 173 PAYMENT | 06/16 | $1,149.82 | $31.02 | $362.33 | $756.47 | |
| 06/30 | 160 INTEREST ON ESCROW DEPOS | 07/16 | $7.12 | | | $7.12 | |
| 07/12 | 313 CITY TAX | 07/16 | $1,119.90- | | | $1,119.90- | |
| 07/18 | 173 PAYMENT | 07/16 | $1,149.82 | $31.21 | $362.14 | $756.47 | |
| 07/27 | 313 CITY TAX | 07/16 | $1,131.21- | | | $1,131.21- | |
| 08/05 | 164 TAX REFUND DEPOSIT | 08/16 | $1,119.90 | | | $1,119.90 | |
| 08/12 | 173 PAYMENT | 08/16 | $1,149.82 | $31.41 | $361.94 | $756.47 | |
| 09/15 | 173 PAYMENT | 09/16 | $1,149.82 | $31.60 | $361.75 | $756.47 | |
| 09/30 | 160 INTEREST ON ESCROW DEPOS | 10/16 | $10.29 | | | $10.29 | |
| 10/13 | 173 PAYMENT | 10/16 | $1,149.82 | $31.80 | $361.55 | $756.47 | |
| 10/19 | 311 SCHOOL TAX | 10/16 | $2,343.59- | | | $2,343.59- | |
| 10/20 | 351 HAZARD INSURANCE DISBURS | 10/16 | $858.00- | | | $858.00- | |
| 11/10 | 173 PAYMENT | 11/16 | $1,149.82 | $32.00 | $361.35 | $756.47 | |
| 12/15 | 173 PAYMENT | 12/16 | $1,149.82 | $32.20 | $361.15 | $756.47 | |
| 12/30 | 160 INTEREST ON ESCROW DEPOS | 01/17 | $9.16 | | | $9.16 | |

17,763  /    - 0241 - 098 - c210310h.sta.grp

RECIPIENT'S / LENDER'S name, address, and telephone number

Dovenmuehle Mortgage, Inc., Servicer for
Astoria Bank
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047-8945
1-877-849-9242

| | |
|---|---|
| RECIPIENT'S Federal identification no. | PAYER'S social security number |
| 36-2435132 | ***-**-3335 |

PAYER'S / BORROWER'S name, street address, city, state, and ZIP code

JOSEPH ROMAIN                    33062
MARIE R DEMOSTHENE
176 RUSHMORE ST
WESTBURY NY  11590-3821

□ CORRECTED (if checked)

*Caution: This amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person.

OMB NO. 1545-0901

**2015**

Form 1098

| | |
|---|---|
| 1 Mortgage interest received from payer(s)/borrower(s) * | |
| $ | 4,373.66 |
| 2 Points paid on purchase of principal residence | |
| $ | .00 |
| 3 Refund of overpaid interest | |
| $ | .00 |
| 4 | |
| 5 | |
| PROPERTY TAXES | 8,286.93 |
| PRINCIPAL PAID | 346.54 |
| ENDING PRIN BAL | 58,125.51 |

Account number (see instructions)   5047729099

# Mortgage
# Interes
# Statemen

Copy
For Payer/Borrow
The information in box
1, 2, and 3 is import
tax information and i
being furnished to th
Internal Rever
Service. If you a
required to file a retu
a negligence penalty
other sanction may
imposed on you if
IRS determines t
an underpayment of
results because
overstated a deduc
for this mortgage inter
or for these po
or because you did
report this refund
interest on your ret

Form 1098                                      Department of the Treasury - Internal Revenue Service

> This information is provided for your use in preparing your 2015 tax returns. You are responsible for providing us with your correct SSN/TIN. Please contact our Customer Service Department at the above phone number if this number is wrong. Please review the reverse side for important Internal Revenue Service information.

| PROCESS DATE | TRANSACTION DESCRIPTION | DUE DATE | TOTAL AMOUNT | PRINCIPAL AMOUNT | INTEREST AMOUNT | ESCROW AMOUNT | OTHE |
|---|---|---|---|---|---|---|---|
| 01/14 | 313 CITY TAX | 01/15 | $1,159.16- | | | $1,159.16- | |
| 01/16 | 173 PAYMENT | 01/15 | $1,120.96 | $27.90 | $365.45 | $727.61 | |
| 02/13 | 173 PAYMENT | 02/15 | $1,120.96 | $28.07 | $365.28 | $727.61 | |
| 03/16 | 173 PAYMENT | 03/15 | $1,192.33 | $28.25 | $365.10 | $798.98 | |
| 03/31 | 160 INTEREST ON ESCROW DEPOS | 04/15 | $6.84 | | | $6.84 | |
| 04/14 | 173 PAYMENT | 04/15 | $1,192.33 | $28.43 | $364.92 | $798.98 | |
| 04/21 | 311 SCHOOL TAX | 04/15 | $3,029.94- | | | $3,029.94- | |
| 05/15 | 173 PAYMENT | 05/15 | $1,192.33 | $28.60 | $364.75 | $798.98 | |
| 06/12 | 173 PAYMENT | 06/15 | $1,192.33 | $28.78 | $364.57 | $798.98 | |
| 06/30 | 160 INTEREST ON ESCROW DEPOS | 07/15 | $6.38 | | | $6.38 | |
| 07/10 | 173 PAYMENT | 07/15 | $1,192.33 | $28.96 | $364.39 | $798.98 | |
| 07/16 | 313 CITY TAX | 07/15 | $1,159.16- | | | $1,159.16- | |
| 08/13 | 173 PAYMENT | 08/15 | $1,192.33 | $29.14 | $364.21 | $798.98 | |
| 09/14 | 173 PAYMENT | 09/15 | $1,192.33 | $29.33 | $364.02 | $798.98 | |
| 09/30 | 160 INTEREST ON ESCROW DEPOS | 10/15 | $10.32 | | | $10.32 | |
| 10/12 | 351 HAZARD INSURANCE DISBURS | 10/15 | $882.00- | | | $882.00- | |
| 10/15 | 173 PAYMENT | 10/15 | $1,192.33 | $29.51 | $363.84 | $798.98 | |
| 10/20 | 311 SCHOOL TAX | 10/15 | $2,938.67- | | | $2,938.67- | |
| 10/20 | 161 ESCROW ADVANCE | 11/15 | | | | $37.09 | |
| 11/13 | 173 PAYMENT | 11/15 | $1,192.33 | $29.69 | $363.66 | $798.98 | |
| 11/13 | 168 REPAY OF ESCROW ADVANCE | 11/15 | | | | $37.09- | |
| 12/11 | 173 PAYMENT | 12/15 | $1,192.33 | $29.88 | $363.47 | $798.98 | |
| 12/31 | 160 INTEREST ON ESCROW DEPOS | 01/16 | $5.98 | | | $5.98 | |

33,062 /    - 0241 -   c210310h.sim.grp



**ASTORIA**
**FEDERAL SAVINGS**
*Putting people first.*

MORTGAGE SERVICING
1 Corporate Drive
Suite 360
Lake Zurich, IL 60047-8945
(877) 849-9242
www.astoriafederal.com

April 22, 2009

Joseph Romain
Marie R Demosthene
176 Rushmore St
Westbury NY 11590 3821

BY CERTIFIED MAIL

RE: NOTICE OF DEFAULT
     Loan Number: 5047729099

Dear Mortgagor(s):

According to the terms of your loan documents, you agreed to make monthly payments on or before the first day of each month.

In accordance with the specific terms of your loan documents, notice is hereby given that:

1. You have breached the contractual obligation of the deed of trust/ mortgage in that you failed to make your monthly payments required by the note.  Your loan is now in default.

2. You are hereby notified, that to cure this default, you are required to pay in certified funds, to this office, all past due payments plus late charges and any payments that may become due between the date of this notice and the date the default is cured.  Therefore, the total amount due that must be received no later than 35 days after the date of this letter is $ 5681.12.  Payment of this amount will cure this default.

3. Failure to cure this breach on or before the date specified in Item 2 above may result in the immediate acceleration of the principal balance secured by the deed of trust/mortgage and the sale of the property covered therein.  There is a possibility that a foreclosure deficiency judgment might be pursued if the foreclosure proceedings are undertaken.

4. You have the right to reinstate your loan after acceleration and the right to assert in any foreclosure proceeding the non-existence of a default or any other defense of the borrower to acceleration and foreclosure.

QL120/RKR



EQUAL HOUSING
LENDER

ASTORIA FEDERAL SAVINGS AND LOAN ASSOCIATION • FOUNDED 1888

# ASTORIA FEDERAL SAVINGS

*Putting people first.*

MORTGAGE SERVICING
1 Corporate Drive
Suite 360
Lake Zurich, IL 60047-8945
(877) 849-9242
www.astoriafederal.com

Page 2 of 2
April 22, 2009
Loan Number: 5047729099

If you do not understand this letter, you are urged to seek the advice
of your attorney, if you have one.  Otherwise, you are urged to call
us immediately at the number shown below.

Sincerely,

Collection Department

CALL TOLL FREE:    1-877-849-9251

THIS DOCUMENT IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION
OBTAINED WILL BE USED FOR THAT PURPOSE. IF YOU ARE IN BANKRUPTCY OR
OR HAVE BEEN DISCHARGED IN BANKRUPTCY, THIS LETTER IS FOR INFORMATIONAL
PURPOSES ONLY AND IS NOT INTENDED AS AN ATTEMPT TO COLLECT A DEBT OR AS
AN ACT TO COLLECT, OR RECOVER ALL OR ANY PORTION OF THE DEBT FROM YOU
PERSONALLY.

QL120/RKR


EQUAL HOUSING
LENDER



NASSAU COUNTY CLERK'S OFFICE
ENDORSEMENT COVER PAGE

Recorded Date: 09-21-2012
Recorded Time:  8:27:44 a

Record and Return To:
RUTH RUHL PC
2801 WOODSIDE ST
DALLAS, TX  75204

Liber Book: M  37738
Pages From:      180
         To:      191

Control
Number:      2
  Ref #: DD  029540
Doc Type: M03  MORTGAGE MOD/1-6

Location:
N. HEMPSTEAD (2822)

Section Block    Lot      Unit
0011    00027-00  00027

Consideration Amount:          5,835.15

Taxes Total              60.90
Recording Totals        170.00
Total Payment           230.90

LBS001

THIS PAGE IS NOW PART OF THE INSTRUMENT AND SHOULD NOT BE REMOVED
MAUREEN O'CONNELL
COUNTY CLERK



2012092100002

After Recording Return To:

The premises is or will be improved with
a one or two family house or dwelling.

After Recording Return To:
RUTH RUHL, P.C.
2801 Woodside Street
Dallas, Texas 75204

Freddie Mac Loan No.: 574115706
Loan No.: 5047729099

THIS MODIFICATION IS TO BE EXECUTED IN DUPLICATE ORIGINALS.  ONE ORIGINAL
IS TO BE AFFIXED TO THE ORIGINAL NOTE AND ONE ORIGINAL IS TO BE RECORDED
IN THE LAND RECORDS WHERE THE SECURITY INSTRUMENT IS RECORDED.

# LOAN MODIFICATION AGREEMENT

This Loan Modification Agreement ("Modification"), is made  June 23rd, 2010                    , between
Joseph Romain and Marie Regina Demosthene

residing at 176 Rushmore Street, Westbury, New York 11590                              ("Borrower") and
Astoria Federal  Savings  F/K/A  The  Long  Island  Savings  Bank  of  Centereach  FSB

having offices at 1 Corporate Drive, Suite 360, Lake Zurich, Illinois 60047                   ("Lender"),
and amends and supplements (1) the Note (the "Note") made by the Borrower, dated April 25th, 1988       , in the
original principal sum of U.S. $ 100,000.00       , and (2) the Mortgage, Deed of Trust or Security Deed dated
April 25th, 1988       , in the original principal sum of $ 100,000.00      , (the "Security Instrument"), recorded on
June 13th, 1988       , in Liber or Book 12684          , Page 356      . Instrument No. N/A *
of the office of the Clerk of Nassau         County,  New York      , which Security Instrument was
assigned as follows:    *and  an  original  mortgage  of  $100,000.00  upon  which  mortgage
      From N/A    tax  in  the  amount  of  $1,020.00  was  duly  paid.          , to
N/A
by assignment dated N/A          , and recorded on N/A           in the office of the Clerk of
Nassau          County, State of New York in Liber or Book  N/A         , Page N/A          ,
Instrument No. N/A

Section/Block/Lot: 11/27/27

Original Lender: The Long Island Savings Bank of Centereach FSB
Existing Principal Balance: $53,937.93
Modified Loan Amount: $59,773.08          Additional Obligation: $5,835.15

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

AMERICAN EXPRESS CENTURION BANK,

Plaintiff,

-against-

MARIE ROMAIN ,

Defendant.

Index No.: 11/7010

**NOTICE OF SETTLEMENT OF JUDGMENT**

PLEASE TAKE NOTICE, that the annexed proposed judgment will be presented to the

Honorable Jeffrey S. Brown, Justice of the Supreme Court of the State of New York, in and for

the COUNTY OF NASSAU, at the Courthouse thereof. located at 100 Supreme Court Drive,

Mineola, New York, 11501 , on February 9, 2012 at 9:30 a.m., for settlement and signature.

The proposed judgment is being submitted at the direction of Hon. Jeffrey S. Brown, J.S.C.

Dated: 1 - 18 - 12

AMERICAN EXPRESS LEGAL

By: _____
Anthon y J. Migliaccio, Jr.,Esq.
Joshua J. Knurr, Esq.
Staff Attorneys  for Plaintiff,
American Express Centurion Bank

*To:*

Marie Romain
176 Rushmore St.
Westbury, New York 11590



**RGC**

Relin, Goldstein & Crane LLP

ATTORNEYS AND COUNSELORS AT LAW SINCE 1927

Nathan Relin [
Lloyd Relin [
Paul L. Goldste
Howard R. Cra
+ Mar
Jose
D

Craig K

Shell
Jacquelin
+ MEMBER NY

February 21, 2023

Re: American Express Centurion Bank
vs. Marie Romain
Index No. 7010/11
Account No. 18-02080

Hello,

Please find the requested pay history for your file here with us.

Yours truly,

Catherine Caswell

Catherine Caswell
**RELIN, GOLDSTEIN & CRANE, LLP**

Ledger Card   Date: 2/21/2023   Page:

| Date | Ref # | Description | Collected | D Balance |
|---|---|---|---|---|
| 1/4/2021 | 10904 | Sheriff (3005) | $101.92 | $13,520.81 |
| 1/11/2021 | 11032 | Sheriff (3005) | $211.43 | $13,309.38 |
| 1/25/2021 | 11375 | Sheriff (3005) | $111.34 | $13,198.04 |
| 2/8/2021 | 11577 | Sheriff (3005) | $113.73 | $13,084.31 |
| 2/22/2021 | 11819 | Sheriff (3005) | $225.35 | $12,858.96 |
| 3/8/2021 | 12067 | Sheriff (3005) | $100.44 | $12,758.52 |
| 3/22/2021 | 12261 | Sheriff (3005) | $325.24 | $12,433.28 |
| 4/5/2021 | 12603 | Sheriff (3005) | $110.99 | $12,322.29 |
| 4/26/2021 | 12878 | Sheriff (3005) | $100.36 | $12,221.93 |
| 5/3/2021 | 13077 | Sheriff (3005) | $110.64 | $12,111.29 |
| 5/17/2021 | 13259 | Sheriff (3005) | $106.45 | $12,004.84 |
| 6/1/2021 | 13474 | Sheriff (3005) | $245.57 | $11,759.27 |
| 6/28/2021 | 14206 | Sheriff (3005) | $383.64 | $11,375.63 |
| 7/12/2021 | 14390 | Sheriff (3005) | $143.37 | $11,232.26 |
| 8/9/2021 | 14837 | Sheriff (3005) | $178.05 | $11,054.21 |
| 9/27/2021 | 15630 | Sheriff (3005) | $593.84 | $10,460.37 |
| 10/7/2021 | 15730 | Sheriff (3005) | $160.21 | $10,300.16 |
| 10/18/2021 | 15909 | Sheriff (3005) | $432.30 | $9,867.86 |
| 11/1/2021 | 16216 | Sheriff (3005) | $199.18 | $9,668.68 |
| 11/22/2021 | 16460 | Sheriff (3005) | $190.17 | $9,478.51 |
| 12/9/2021 | 16742 | Sheriff (3005) | $211.57 | $9,266.94 |
| 2/7/2022 | 17596 | Sheriff (3005) | $927.50 | $8,339.44 |
| 3/6/2022 | 18041 | Sheriff (3005) | $472.16 | $7,867.28 |
| 3/22/2022 | 18249 | Sheriff (3005) | $264.65 | $7,602.63 |
| 4/4/2022 | 18456 | Sheriff (3005) | $234.16 | $7,368.47 |
| 4/19/2022 | 18654 | Sheriff (3005) | $252.61 | $7,115.86 |
| 5/9/2022 | 19069 | Sheriff (3005) | $276.29 | $6,839.57 |
| 5/17/2022 | 19035 | Sheriff (3005) | $399.76 | $6,439.81 |
| 6/10/2022 | 19334 | Sheriff (3005) | $153.87 | $6,285.94 |
| 6/29/2022 | 19660 | Sheriff (3005) | $287.00 | $5,998.94 |
| 8/11/2022 | 20170 | Sheriff (3005) | $276.39 | $5,722.55 |
| 8/29/2022 | 20403 | Sheriff (3005) | $306.37 | $5,416.18 |
| 10/11/2022 | 20887 | Sheriff (3005) | $500.27 | $4,915.91 |
| 11/3/2022 | 21134 | Sheriff (3005) | $302.75 | $4,613.16 |
| 12/1/2022 | 21425 | Sheriff (3005) | $170.91 | $4,442.25 |
| 12/27/2022 | 21720 | Sheriff (3005) | $165.22 | $4,277.03 |
| 1/9/2023 | 21822 | Sheriff (3005) | $216.86 | $4,060.17 |
| 1/23/2023 | 21954 | Sheriff (3005) | $263.79 | $3,796.38 |
| 2/6/2023 | 22076 | Sheriff (3005) | $305.25 | $3,491.13 |
| Totals: | | | $14,374.78 | $3,491.13 |